McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMJIT SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 1:08-CV-F-958 LJO GSA<br><br>JOINT STIPULATION AND ORDER TO DISMISS |

This is an immigration case in which plaintiff has challenged the delay in adjudication of his applications to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. As of the date of this filing, the application has been adjudicated. Accordingly, the parties stipulate to dismissal of this action.

Dated: September 4, 2008

               McGREGOR W. SCOTT
               United States Attorney


         By: /s/Audrey Hemesath
            Audrey B. Hemesath
            Assistant U.S. Attorney
            Attorneys for the Defendants


         By: /s/ James M. Makasian
            James M. Makasian
            Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 9, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE